# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Leda Dunn Wettre |
| | : | |
| v. | : | Mag. No. 22-13123 |
| | : | |
| JOHN DOE | : | **ORDER FOR A CONTINUANCE** |

This matter having come before the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey (by ▮▮▮▮▮▮ Assistant United States Attorney), and defendant John Doe (by ▮▮▮▮▮▮ Esq.), for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through and including July 29, 2022 to permit defense counsel the reasonable time necessary for effective preparation in this matter and to allow the parties to conduct plea negotiations; and the defendant being aware that the defendant has the right to have the matter submitted to a grand jury within 30 days of the date of the defendant's arrest pursuant to Title 18, United States Code, Section 3161(b); and one prior continuance having been entered upon application of the parties; and the defendant, through the defendant's attorney, having consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1)  The United States the defendant have entered into a plea agreement and need additional time to prepare for hold the Rule 11 hearing, which will render trial in this matter unnecessary;

(2) The defendant has consented to the aforementioned continuance;

(3) The grant of a continuance will likely conserve judicial resources; and

(4) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial;

WHEREFORE, it is on this __1__ day of June, 2022;

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through and including July 29, 2022; and it is further

ORDERED that the period from the date this Order is signed through and including July 29, 2022 shall be excludable in computing time under the Speedy Trial Act of 1974.

*Leda Dunn Wettre*

_____
HONORABLE LEDA DUNN WETTRE
United States Magistrate Judge

Form and entry consented to:

████████████

Assistant U.S. Attorney

████████████

Chief, OCDETF/Narcotics Unit

████████████

Counsel for Defendant John Doe